AO 450 (GAS Rev 09/20) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

ERNESTO RODRIGUEZ QUIROZ,

    Petitioner,

          v.

WARDEN, FOLKSTON ICE
PROCESSING CENTER,

    Respondent.

JUDGMENT IN A CIVIL CASE

CASE NUMBER:    5:26-cv-91

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

## IT IS ORDERED AND ADJUDGED

that, pursuant to the Order entered February 6, 2026, Petitioner's 28 U.S.C. § 2241 petition is granted in part. Therefore, Respondent is ordered to provide Petitioner with a bond hearing within seven days and to comply with the immigration judge's conclusions. This case stands closed.

Approved by: _____
HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

_____February 6, 2026_____
Date

John E. Triplett, Clerk of Court
_____
Clerk

_____
(By) Deputy Clerk